# McQuain, Elise N.

| | |
|---|---|
| **From:** | Mark Troy x7519 <mtroy@forthepeople.com> |
| **Sent:** | Monday, March 4, 2024 4:12 PM |
| **To:** | McQuain, Elise N.; Matlock, Brandi R.; Berwin Cohen; Rivka Teitelbaum; rshah@handl.com; William Talbot; Charlie Piccirillo |
| **Cc:** | Benjamin Adams x26474; Kelli Lester x6799; Clancy Boylan x8507; Jeff Humphries x6187 |
| **Subject:** | Dingess v. Sygma, et al.: Continuance of March 11, 2024 Mediation |
| **Importance:** | High |

Dear Counsel and Mr. Piccirillo: As you have seen over the past couple of days, Kelli Lester and Clancy Boylan have joined the litigation team for the Plaintiffs and we are also likely to be joined by Attorney Jeff Humphries. We have also filed a motion for leave to file a Third Amended Complaint. The new team assembled has concluded that certain matters to be addressed in the scheduled 30(b) depositions need to be fleshed out before mediation would be productive. I appreciate the effort that everyone put into getting it scheduled for March 11th, but without this needed discovery we feel that attempting to proceed with the mediation would not just result in an unsuccessful mediation but potentially a counterproductive mediation. I would note that I have contacted Mr. Piccirillo about this and made him aware of our decision in this regard. Thank you, Mark

**Mark Troy**
Attorney

**P:** (606) 230-6166
**F:** (681) 341-6487
**A:** 222 Capitol Street, Suite 400, Charleston, WV 25301

**MORGAN & MORGAN**
FOR THE PEOPLE.COM

PRACTICE AREAS | LOCATIONS | ATTORNEYS | VERDICT MAGAZINE

*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.