IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CHRISTOPHER DINGESS,

    Plaintiff,

v.             CIVIL ACTION NO. 2:22-cv-00275

THE SYGMA NETWORK, INC.,

    Defendant.

**ORDER**

On February 29, 2024, a Statement of Visiting Attorney from Kelli Lester was filed on behalf of Plaintiff Christopher Dingess. (ECF No. 188.) On March 1, 2024, a Statement of Visiting Attorney from Kevin Clancy was filed on behalf of Plaintiff Christopher Dingess. (ECF No. 190.) On March 11, 2024, Defendant The Sygma Network, Inc. ("Sygma") filed Opposition to Plaintiffs' Statements of Visiting Attorneys. (ECF No. 192.) Plaintiffs Christopher Dingess and Tiffany Dingess (collectively, "Plaintiffs") filed a Response and Objection to Defendant, The Sygma Network, Inc.'s, Opposition to Statement of Visiting Attorneys on March 18, 2024. (ECF No. 203.)

Local Rule of Civil Procedure 83.6(f) permits the presiding district judge to revoke the privilege of an attorney to be a Visiting Attorney if there is good cause. In this circumstance, Sygma has failed to show good cause. Therefore, the Court will not revoke the privileges of Ms. Lester and Mr. Clancy to be Visiting Attorneys in this case.

   **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 6, 2024

_____
THOMAS E. JOHNSTON, CHIEF JUDGE